IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 3:25-MJ-856-BN |
| BRATTON DEAN WILKINSON | |

**MOTION FOR DETENTION AND**
**MOTION TO CONTINUE DETENTION HEARING**

The United States moves for pretrial detention of defendant, Bratton Dean Wilkinson, pursuant to 18 U.S.C. § 3142(e) and (f).

1. <u>Eligibility of Case.</u>   This case is eligible for a detention order because the case involves (check all that apply):

    \_\_\_\_   Crime of violence (18 U.S.C. § 3156)

    \_\_\_\_   Maximum sentence life imprisonment or death

    \_\_\_\_   10+ year drug offense

    \_\_\_\_   Felony, with two prior convictions in above categories

    \_\_\_\_   Serious risk defendant will flee

    \_\_\_\_   Serious risk obstruction of justice

    \_\_\_\_   Felony involving a minor victim

    \_\_\_\_   Felony involving a firearm, destructive device, or any other dangerous weapon

    \_\_\_\_   Felony involving a failure to register (18 U.S.C. § 2250)

**Motion for Detention - Page 1**

2. <u>Reason for Detention.</u>  The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

   <u> X </u>   Defendant's appearance as required

   <u> X </u>   Safety of any other person and the community

3. <u>Rebuttable Presumption.</u>  The United States will invoke the rebuttable presumption against defendant because (check one or both):

   <u>    </u>   Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C.§ 924(c)

   <u>    </u>   Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. § 2332b(g)(5)

   <u>    </u>   Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§ 1201, 2251

   <u>    </u>   Previous conviction for "eligible" offense committed while on bond

4. <u>Time For Detention Hearing.</u>  The United States requests the Court conduct the detention hearing,

   <u>    </u>   At first appearance

   <u> X </u>  After continuance of **3** days (not more than 3).

[*nothing further on this page*]

**Motion for Detention - Page 2**

DATED this 29th day of August, 2025.

>Respectfully submitted,
>
>NANCY E. LARSON
>ACTING UNITED STATES ATTORNEY
>
>/s/ *Madeleine S. Case*
>MADELEINE S. CASE
>Assistant United States Attorney
>Texas Bar No. 24125166
>1100 Commerce Street, Suite 300
>Dallas, Texas 75242
>Tel: 214-659-8600
>Fax: 214-659-8805
>Madeleine.Case@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document will be delivered to the defendant's counsel at or before the defendant's initial appearance.

>/s/ *Madeleine S. Case*
>MADELEINE S. CASE
>Assistant United States Attorney